1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TONY J. WAYNE,                   ) Case No. 07cv1605-JM (BLM)
                                      )
12 |          Plaintiff,               ) **ORDER SETTING HEARING DATE AND**
   | v.                                ) **BRIEFING SCHEDULE ON**
13 |                                   ) **PLAINTIFF'S MOTION TO AMEND**
   | O. LEAL, et al.,                  ) **HIS SECOND AMENDED COMPLAINT**
14 |                                   )
   |          Defendants.              )
15 | _____   )

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

On January 2, 2009, Plaintiff, who is proceeding *pro se* and *in forma pauperis* with a Second Amended Complaint brought pursuant to 42 U.S.C. § 1983, moved to amend his Second Amended Complaint to add exhibits in support thereof. Doc. No. 76. In light of this motion, a hearing date of **February 27, 2009** at **10:00 a.m.** is assigned. Defendants may file an opposition on or before **February 13, 2009**. Upon receipt of the opposition, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) *and no personal appearances on the February 27, 2009 hearing date should be made.*

**IT IS SO ORDERED.**

DATED: January 14, 2009

BARBARA L. MAJOR
United States Magistrate Judge