# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Wayne

      V.

O Leal, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07cv1605-JM(BLM)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby dismiss this action without prejudice. The Clerk of the Court is directed to close the file...........................................................................................................................................
............................................................................................................................................................

| May 18, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 18, 2010 |